IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN -1 PM 3:59

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| ISABEL BALLESTEROS GALVEZ, and MARVIN ALEXANDER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WAL-MART STORES, EAST, L.P., )<br>)<br>Defendant. ) | No. 04-2393 Ml/P |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On April 12, 2005, the Court ordered Plaintiffs to file with the court and serve on Defendant a current address and phone number by May 1, 2005. (See Order Granting Plaintiff's Motion to Withdraw as Counsel (Docket No. 14).) Plaintiffs did not comply with the Court's April 12, 2005, order.

On June 1, 2005, the Court held a telephone conference in this case. Attempts to contact Plaintiffs were unsuccessful and therefore Plaintiffs did not participate in the conference.[1]

Pursuant to the discussion during the Court's June 1, 2005, telephone conference, and for Plaintiffs' failure to comply with the Court's April 12, 2005, order, this case is DISMISSED without prejudice. Plaintiffs may move to set aside this dismissal by

---

[1] Based upon the record, it appears that Plaintiffs have abandoned their case.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-2-05

filing such a motion including a current address and phone number within 30 days of the date of entry of this order.

So ORDERED this __1__ day of June, 2005.

                                      /s/ Jon P. McCalla
                                      JON P. McCALLA
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02393 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT