IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 AM 11: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ISABEL BALLESTEROS GALVEZ, and MARVIN ALEXANDER,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, EAST, L.P.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 04-2393 Ml/P<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO SET ASIDE DISMISSAL**

Before the Court is the Motion to Set Aside Dismissal of Plaintiffs Isabel Ballesteros Galvez and Marvin Alexander, filed August 12, 2005. Defendant does not object to Plaintiffs' motion.

On June 2, 2005, the Court entered an order dismissing Plaintiffs' case without prejudice because Plaintiffs failed to provide the Court with a current address and phone number. The Court's June 2, 2005, order provided that Plaintiffs could move to set aside the dismissal of their case by filing a current address and phone number with the Court. Plaintiffs' have subsequently provided that contact information to the Court.

Accordingly, Plaintiffs' motion to set aside the Court's June 2, 2005, order dismissing their case is GRANTED. The Clerk shall file the following contact information for Plaintiffs:

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-17-05

21

```
The Walter Bailey Law Firm
100 North Main St., Suite 3002
Memphis, TN 38103
(901) 575-8702
```

The parties are hereby referred to the United States Magistrate Judge for a Rule 16(b) conference.  The Court will set a new trial date subsequent to the Rule 16(b) conference.


So ORDERED this __16__ day of August, 2005.

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02393 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT