**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 SEP -9 PM 1:40

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ISABEL BALLESTEROS GALVEZ and )
MARVIN ALEXANDER, )
)
          Plaintiffs, )
)
vs. )   Civ. No. *04*05-2393-M1/P
)
WAL-MART STORES, INC., )
)
          Defendant. )
)

---

**SCHEDULING ORDER**

---

Pursuant to written notice, a scheduling conference was held September 8, 2005.   At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
Completed

**JOINING PARTIES:** September 23, 2005

**AMENDING PLEADINGS:** September 23, 2005

**INITIAL MOTIONS TO DISMISS:** N/A

**COMPLETING ALL DISCOVERY:** December 9, 2005

    **(a)**  **DOCUMENT PRODUCTION** December 9, 2005

    **(b)**  **DEPOSITIONS, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**
       December 9, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9- 05



**(c) EXPERT WITNESS DISCLOSURE (Rule 26):**

    **(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** October 7, 2005

    **(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** October 28, 2005

    **(3) EXPERT WITNESS DEPOSITIONS:** December 9, 2005

**(d) RULE 26(e) SUPPLEMENTATION DUE:** November 11, 2005

**FILING DISPOSITIVE MOTIONS:** January 13, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately two (2) days.

This case may be appropriate for ADR. The parties are to appear before Magistrate Judge Pham on Thursday, November 3, 2005, at 9:30 a.m., for a status conference to discuss the possibility of ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter.  Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties do not consent to all matters being conducted by the Magistrate Judge, including the conducting of a jury trial, if properly demanded, with any appeal of the verdict to be directly to the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 636(c).

The parties do not consent to the supervision by the assigned Magistrate Judge of attorney conducted voir dire and jury selection, subject to *de novo* review by the presiding District Judge.

This order has been entered after consultation with trial counsel pursuant to notice.  Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 8, 2005
Date

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02393 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT