FILED BY [signature] D.C.
05 OCT 17 PM 4:21
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ISABEL BALLESTEROS GALVEZ and MARVIN ALEXANDER,

Plaintiffs,

v.

WAL-MART STORES, INC.

Defendant.

No. 04-2393 Ml/P

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on September 12, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin Monday, March 27, 2006 at 9:30 a.m. in courtroom no. 4.

2. A pretrial conference is set for Friday, March 17, 2006 at 8:45 a.m.

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on March 10, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05

25

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 17 day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02393 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT